UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENADA VANCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE BAKAS, et al.,<br><br>　　　　　Defendants. | Case No.: C 05-3385 PVT<br><br>**CASE MANAGEMENT<br>CONFERENCE ORDER** |

On January 17, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that, pursuant to the parties' stipulation, this case is referred to mediation. The parties shall promptly contact the court's ADR department to make the

1  necessary arrangements.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9/1/06

4      Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9/1/06

5      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10/6/06

6      Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11/3/06

7      Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . . . . . 10:00 a.m. on 10/10/06

8      Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 2/13/07

9      Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 2/26/07

10     IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for

11 Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.

12 1/5/06)[1] with regard to the timing and content of the Joint Pretrial Statement, and all other

13 pretrial submissions.

14 Dated: *1/17/2006*

15                                             *[signature]*
                              PATRICIA V. TRUMBULL

16                               United States Magistrate Judge

---

[1]     A copy of Judge Trumbull's standing order is available from the clerk of the court.  It is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (04/28/2003)."