Whitney Huston, State Bar #234863
Kerstin Arusha, State Bar #182624
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2427
Fax: (408) 293-0106

Attorneys for Plaintiffs Venada Vance and Project Sentinel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| VENADA VANCE, et al.<br><br>     Plaintiffs,<br><br>     v.<br><br>GEORGE BAKAS, et al.<br><br>     Defendants. | **Case No. C 05-03385 PVT**<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR COMPLETING ADR PROCESS** |

Upon review of the parties' stipulation requesting the extension of time for completing the ADR process and good cause appearing:

IT IS HEREBY ORDERED that the Court adopts the parties' request for extended time.

IT IS FURTHER ORDERED, the deadline for this matter to be calendared for court mediation is no later than June 15, 2006.

Dated: 4/7/06

_____
Honorable Judge Trumbull

**Order**